**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NNYDENS INTERNATIONAL, INC.,** | Case No.: CV 18-9455-DMG (SKx) |
| Plaintiff, | |
| v. | |
| **TEXTRON AVIATION, INC.,** | **JUDGMENT** |
| Defendant. | |

The Court having granted Defendant Textron Aviation, Inc.'s motion for summary judgment by order dated June 10, 2020 [Doc. # 49],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Nnydens International, Inc.

DATED:  June 11, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-